634

437 A.2d 1016

In the Matter of Donna Gaerttner, Julie Gaerttner, Angela Gaerttner, Donald Gaerttner and George Gaerttner, minors.

Appeal of Donald Gaerttner.

Appeal of Rose Gaerttner.
Reargument Denied Dec. 14, 1981.
Petition for Allowance of Appeal Denied Feb. 24, 1982.

Submitted May 20, 1981. John E. Cooper, for Donald Gaerttner, appellant (at Nos. 694, 774, 775, 776 and 777) and participating party (at Nos. 734, 735, 736, 737 and 738); Alois Lubiejewski, for Rose Gaerttner, appellant (at Nos. 734, 735, 736, 737 and 738) and participating party (at Nos. 694, 774, 775, 776 and 777); Dennis Kuftic, for Donna Gaerttner, Julie Gaerttner, Angela Gaerttner, Donald Gaerttner and George Gaerttner, appellees; James E. Beveridge, for Childrens Service, participating party.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Orders affirmed.